828 A.2d 348

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Donald Anthony GERACI, Petitioner.**

Supreme Court of Pennsylvania.

July 10, 2003.

## *ORDER*

PER CURIAM.

**AND NOW,** this 10th day of July 2003, we **DENY** this Petition for Allowance of Appeal. *See Commonwealth v. Grant,* 573 Pa. 1246, 821 A.2d 1246 (2003) (denial of reargument).